

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JESSICA M. OCHOA<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3159<br>Email: jochoa@law.nyc.gov |

September 26, 2025

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered: /s/ Hon. P. Kevin Castel, U.S.D.J.
9-30-25

Re:   Garcia v. City of New York et al..
      23-CV-6174 (PKC)

Your Honor:

      I am an Assistant Corporation Counsel of the New York City Law Department and the attorney representing the City of New York and Defendants Madelyn Ulerio and Joseph Paolini in this matter. I write on behalf of Defendants to respectfully request that the Court extend the deadline to file a Motion for Summary Judgment by 30 days, from October 3, 2025 until November 3, 2025. This is the first request for an extension. Plaintiff consents to the instant request.

      By way of background, on September 9, 2025, the Court ordered that any motions for summary judgment be due October 3, 2025. *See* Order dated September 9, 2025. The parties have recently engaged in additional settlement discussions and are hopeful that a settlement can be reached. The proposed extension of time will allow for the parties to fully explore these discussions. Accordingly, Defendants respectfully request an adjournment of the Motion for Summary Judgement deadline, currently set for October 3, 2025, to November 3, 2025, and any subsequent deadlines be adjourned accordingly.

      Defendants thank you for your consideration of the requests herein.

Respectfully submitted,

/s/ *Jessica M. Ochoa*
Jessica Ochoa

- 2 -

                                                                                                   Assistant Corporation Counsel
                                                                                                   Special Federal Litigation Division

cc:    **<u>BY ECF</u>**
       Vik Pawar, Esq.
       *Counsel for Plaintiff*