

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JESSICA M. OCHOA<br>*Senior Counsel*<br>Phone: (212) 356-3159<br>Email: jochoa@law.nyc.gov |
|---|---|---|

October 29, 2025

**BY ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

10-29-25

Re: Garcia v. City of New York et al.,
    23-CV-6174 (PKC)

Your Honor:

I am an Assistant Corporation Counsel of the New York City Law Department and the attorney representing the City of New York and Defendants Madelyn Ulerio and Joseph Paolini in this matter. I write on behalf of Defendants to respectfully request that the Court extend the deadline to file a Motion for Summary Judgment by 14 days, from November 3, 2025 until November 17, 2025. This is the second request for an extension. Plaintiff consents to the instant request.

By way of background, on September 9, 2025, the Court ordered that any motions for summary judgment be due October 3, 2025. *See* Order dated September 9, 2025. On September 26, 2025, Defendants filed a Motion for Extension of Time to File Motion for Summary Judgment. *See* ECF No. 64. The Court granted the extension to November 3, 2025 on September 30, 2025. *See* ECF No. 65.

The parties are still engaging in settlement discussions and are hopeful that a settlement can be reached. The proposed extension of time will allow for the parties to continue to explore these discussions. Accordingly, Defendants respectfully request an adjournment of the Motion for Summary Judgement deadline, currently set for November 3, 2025, to November 17, 2025, and any subsequent deadlines be adjourned accordingly.

Defendants thank you for your consideration of the requests herein.

Case 1:23-cv-06174-PKC   Document 67   Filed 10/29/25   Page 2 of 2

Respectfully submitted,

/s/ *Jessica M. Ochoa*

Jessica Ochoa
Senior Counsel
Special Federal Litigation Division

cc: **BY ECF**
Vik Pawar, Esq.
*Counsel for Plaintiff*